UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TARRELL RISTER,                               :
                                              :
    Plaintiff                              : No. 3:CV-11-1733
                                              :
vs.                                           :
                                              : (Judge Nealon)
TED W. WILLIAMS, et al.,                      :
                                              :
    Defendants                             :

FILED
SCRANTON

FEB 27 2014

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 27th DAY OF FEBRUARY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment, (Doc. 16), is **GRANTED**. Judgment is hereby entered in favor of Defendants and against Plaintiff

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

_____
**United States District Judge**